UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD JOHN VAN TILBURG, | No. 2:16-cv-1688-GEB-EFB P |
| Petitioner, | |
| v. | ORDER |
| KIMBERLY A SIEBEL, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 22, 2016, petitioner requested an extension of time to file his traverse.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 14) is granted and petitioner has 30 days from the date this order is served to file his traverse.

Dated: December 30, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE