UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD JOHN VAN TILBURG,<br><br>Petitioner,<br><br>v.<br><br>KIMBERLY A SIEBEL,<br><br>Respondent. | No. 2:16-cv-1688-GEB-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 27, 2017, petitioner requested a second extension of time to file his traverse.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 16) is granted and petitioner has 30 days from the date this order is served to file his traverse.

Dated: January 31, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE